# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. RHYNIE JEFFERSON                                    Docket No. 3:01CR00094(SRU)

FILED 2005 DEC -7 A 10: 16 DISTRICT COURT

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Otto Rothi, Probation Officer of the Court, presenting an official report upon the conduct and attitude of Rhynie Jefferson who was sentenced to 18 months incarceration for a violation of 18 U.S.C. § 1341, Mail Fraud, by Stefan R. Underhill sitting in the court in Bridgeport, Connecticut on September 7, 2001, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: 1) The defendant shall pay restitution in the amount of $1,500 to William J. Hagan; $535,121 to Federal Kemper Life Assurance Co., jointly and severally with defendant Madison Rutherford (Criminal No. 3:00CR00244); and $129,950.68 to CNA Life, jointly and severally with defendant Madison Rutherford (Criminal No. 3:00CR00244). Interest is waived. Payments are to be made monthly at the rate of 25% of defendant's after-tax income and each payment shall be applied as follows: first to William J. Hagan's restitution until paid in full, then 25% to CNA Life and 75% to Federal Kemper Life Assurance Co. The Court intends that the payments outlined above will reduce the principal owed to Kemper and CNA so that these victims will not be paid more than the "loss" defined above. Any payments made by either Rutherford or Jefferson to these victims under this judgment will reduce the outstanding loss owed jointly and severally by both. The defendant shall provide the U.S. Attorney's Office and any victim whose outstanding restitution balance has not been paid off, with 1) notice of any material change in her economic circumstances and 2) information sufficient to demonstrate the amount of her after-tax income including, but not limited to, state and federal tax returns as they are filed. 2) The defendant shall participate in a mental health treatment program, either inpatient or outpatient, as determined by the probation office. The defendant shall pay all, or a portion of, the costs associated with the treatment based on her ability to pay, in an amount to be determined by the probation office. 3) The defendant is prohibited from obtaining any new sources of credit without the approval of the probation office. 3) The defendant shall make monthly restitution payments. On January 28, 2003, Rhynie Jefferson started her supervised release with a scheduled termination date of January 27, 2006.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Ms. Jefferson provided copies of her federal income tax returns for 2002, 2003, and 2004 to the U.S. Probation Office indicating that her adjusted gross income was $435 for 2002, $5,025 for 2003, and $624 for 2004. Ms. Jefferson is presently renting an apartment in Vernon, Connecticut. Given Ms. Jefferson's present financial circumstances, she is unable to pay 25% of her after-tax income toward her outstanding restitution balance.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

The defendant shall pay restitution in accordance with the restitution order issued on September 7, 2001 with the following modification: Payments shall be made at a rate of $5 per month, or as otherwise instructed by the Court, should the defendant's financial condition change.

On November 8, 2005, Ms. Jefferson signed a Waiver of Hearing to Modify Conditions of Supervised Release.

Assistant Federal Public Defender Gary D. Weinberger has agreed with this modification. AUSA Christopher W. Schmeisser takes no position.

**ORDER OF COURT**                                             Respectfully Submitted

Considered and ordered this  6th
day of December 2005 and ordered filed and made a part of      Otto Rothi
the records in the above case.                                 United States Probation Officer

                                                               Place:  Hartford, Connecticut

Stefan R. Underhill
United States District Judge                                   Date:   November 17, 2005